# NEUBECK *v.* HOLMES.

---

STATUTES; POOR SUITORS; COSTS.

1. Secs. 175 and 176, D. C. Code (31 Stat. at L. 1219, chap. 854), relating to the prosecution of actions without the payment of costs, have been repealed by the act of Congress of June 25, 1910 (36 Stat. at L. 806, chap. 384) on the same subject. (Following *Hale* v. *Duckett,* 43 App. D. C. 285.)

2. An alien is not entitled to prosecute an action in the courts of the District of Columbia without the payment of costs. (Construing act of Congress of June 25, 1910, 36 Stat. at L. 806, chap. 384.)

No. 2823. Submitted October 4, 1915. Decided November 1, 1915.

HEARING on an appeal, specially allowed, by the defendant from an order of the Supreme Court of the District of Columbia denying a motion to vacate a prior order granting the plaintiff permission to file an action without the payment of costs.

*Reversed.*

The COURT in the opinion stated the facts as follows:

Plaintiff, Owen Holmes, who began his action against Neu-
beck & Company in the supreme court of the District of Colum-
bia, on October 27, 1914, filed an affidavit in support of a
motion to proceed without payment of costs, stating that he had
been twelve years in the United States and was a resident of the
District of Columbia; that he was without means and unable
to raise sufficient funds to pay the costs of suit, and, having a
just cause of action, asked permission to file his suit without
the prepayment of the usual costs.

Order was made October 27, 1914, granting this motion.

Defendant moved to vacate the order and dismiss the action
on the ground that plaintiff is not a citizen of the United States.
This motion was verified by affidavit.

It was overruled and defendant has been allowed a special
appeal therefrom to this court.

*Mr. Francis L. Neubeck* and *Mr. J. Barrett Carter* for the
appellant.

*Mr. John C. Gittings, Mr. J. Morrill Chamberlin,* and *Mr.
Robert E. Mattingly* for the appellee.

Mr. Chief Justice SHEPARD delivered the opinion of the
Court:

The leave to prosecute without payment of costs was based
on sections 175 and 176, D. C. Code [31 Stat. at L. 1219, chap.
854].

It has been heretofore held that those sections were super-
seded and repealed by the act of Congress, June 25th, 1910 (see
36 Stat. at L. 806, chap. 384). *Hale* v. *Duckett,* 43 App. D. C.
285–287.

It was said in that case, "The apparent intent of Congress
was to give the widest scope to its operations, and there is noth-
ing to show that the courts of the District of Columbia were to

be excluded.   This being the case, it had the effect to repeal or supersede all laws of the District in conflict therewith, and must control in this jurisdiction when it is invoked for the benefit of poor persons."

As plaintiff does not represent himself to be a citizen of the United States, he is not entitled to the benefit of this act.

The order permitting the plaintiff to proceed with his suit, without payment of the costs required, is reversed, with costs, and the cause remanded with direction to overrule his motion and dismiss his suit unless he shall deposit the required costs.

*Reversed and remanded.*